ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
JCMCS                                              )   ASBCA No.   62428
                                                   )
Under Contract No.    N40080-18-D-0025             )

APPEARANCE FOR THE APPELLANT:          Mr. Garry Jacques
                                         President

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       David M. Marquez, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 10, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62428, Appeal of JCMCS, rendered in conformance with the Board's Charter.

Dated:  September 10, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals